## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JOHN K. SMITH,             )
                                )
      Plaintiff,         )
                                )
v.                             )    Civil Action No. 3:10CV172–HEH
                                )
V. THOMAS, *et al.*,     )
                                )
      Defendants.     )

### FINAL ORDER
**(Adopting Report and Recommendation and Dismissing § 1983 Action)**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's motion for an extension of time (Dk. No. 22) is GRANTED;

the Report and Recommendation (Dk. No. 17) is ACCEPTED and ADOPTED; the action

is DISMISSED WITHOUT PREJUDICE.

Plaintiff may appeal the decision of the Court. Failure to file written notice of

appeal within thirty (30) days of the date of entry hereof may result in the loss of the right

to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order

to Plaintiff.

And it is so ORDERED.

                                             /s/
                                    Henry E. Hudson
                                    United States District Judge

Date: Oct. 12, 2011
Richmond, Virginia